PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lamont Vaughn　　　　　　　　　　　　　　　　Cr.: 14-00023-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 67712

Name of Sentencing Judicial Officer:　　THE HONORABLE JOSE L. LINARES
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/05/2016

Original Offense: 21:846=ND.F, 18:922G.F; Conspiracy to Distribute Narcotics, Possession of a Firearm by a Convicted Felon

Original Sentence: 65 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gambling Restrictions, Gang Associate/Member, Mental Health Treatment, Forfeiture

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 04/25/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for marijuana on April 27, 2018 and May 22, 2018. In addition, the offender was cited with a $100.00 summons by the New Jersey State Police for soliciting without a permit. He was selling tee shirts and buttons at the Met Life Stadium Summer Jam. |

U.S. Probation Officer Action:

The offender reported that he was a chronic marijuana smoker while in prison. He advised that he has not smoked since his release. USPO will obtain interpretation results from Alere Laboratory and see if his drug use is residual or new drug use, based on the nannogram levels. If it is new use, we will refer him for drug treatment. At this time, we request that no action be taken.

Respectfully submitted,

Luis R. Gonzalez
2018.06.14 16:00:28
By: Kellyanne Kelly -04'00'
Senior U.S. Probation Officer
Date: 06/14/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

6/20/18
Date